# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD C. ANGINO, *et al.*, | : | 1:17-cv-954 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| TRANSUNION, LLC, | : | |
| Defendants. | : | |

## MEMORANDUM

### November 19, 2018

In accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Defendant Transunion, LLC's Motion for Summary Judgment (Doc. 47) is **GRANTED** in its entirety and judgment is entered in favor of Defendant Transunion, LLC.

2. The Clerk of Court shall **CLOSE** the file on this case

s/ John E. Jones III

John E. Jones III
United States District Judge